IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Grady, LaTanya | Case Number: 07 B 23129 |
|---|---|---|
| | Grady, Anthony | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 12/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 12, 2009
Confirmed: February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,293.76 | |
| Secured: | | 8,410.86 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,484.00 |
| Trustee Fee: | | 805.07 |
| Other Funds: | | 1,593.83 |
| Totals: | 14,293.76 | 14,293.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 3,484.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 20,124.55 | 3,950.00 |
| 6. | TRI State Financial | Secured | 3,679.61 | 2,600.00 |
| 7. | Carrington Mortgage Services, LLC | Secured | 2,446.40 | 805.36 |
| 8. | Beneficial Illinois Inc | Secured | 3,150.00 | 1,055.50 |
| 9. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 10. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 966.69 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,721.01 | 0.00 |
| 13. | Capital One | Unsecured | 3,247.59 | 0.00 |
| 14. | Capital One | Unsecured | 4,573.76 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 605.06 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 470.87 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 1,378.12 | 0.00 |
| 18. | City Of North Lake | Unsecured | 500.00 | 0.00 |
| 19. | TRI State Financial | Unsecured | 234.64 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 924.92 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 400.27 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 812.23 | 0.00 |
| 23. | Jefferson Capital Systems LLC | Unsecured | 2,820.87 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 515.49 | 0.00 |
| 25. | Capital One | Unsecured | 1,381.94 | 0.00 |
| 26. | Portfolio Recovery Associates | Unsecured | 1,692.09 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Grady, LaTanya  
Grady, Anthony  
Printed: 03/10/09

Case Number: 07 B 23129  
Judge: Hollis, Pamela S  
Filed: 12/10/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 28. | Capital Management | Unsecured | | No Claim Filed |
| 29. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 30. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 60,130.11 | $ 11,894.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 118.39 |
| 6.5% | 444.59 |
| 6.6% | 242.09 |
| | $ 805.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: